IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DEVONTA MOBLEY,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1701

Opinion filed February 19, 2015.

An appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

Jeffrey E. Lewis, General Counsel, and Michael Jerome Titus, Assistant Conflict
Counsel, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

PADOVANO, CLARK, and MARSTILLER, JJ., CONCUR.